UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELL V. POER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:18-cv-01622-JMS-MJD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff Darrell V. Poer, by counsel, C. David DuMond and Raymond J. Hafsten, Jr., and defendant the United States of America, by counsel, Josh J. Minkler, United States Attorney, and Julian Wierenga, Assistant United States Attorney, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own attorney fees, costs, and expenses.

Respectfully submitted,

LAW OFFICES OF                                    JOSH J. MINKLER
DAVID DUMOND                                      UNITED STATES ATTORNEY

By:   /s/ __C. David Dumond_____        By:   /s/  Julian Wierenga
          C. David DuMond                                 Julian Wierenga
                                                          Assistant United States Attorney

LAW OFFICE OF
RAYMOND J. HAFSTEN, JR.

By:   /s/__Raymond J. Hafsten, Jr._____
          Raymond J. Hafsten, Jr.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

David DuMond
cddumond@aol.com

Raymond J. Hafsten, Jr.
hafsten@sbcglobal.net

          /s/ *Julian Wierenga*
          Julian Wierenga
          Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone:  317-226-6333
Facsimile:  317-226-5027
Email:  julian.wierenga@usdoj.gov